# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## FINAL JUDGMENT

January 21, 2021

Before:      FRANK H. EASTERBROOK, Circuit Judge
                MICHAEL S. KANNE, Circuit Judge
                DAVID F. HAMILTON, Circuit Judge

| | |
|---|---|
| No. 20-2713 | RAJ PATEL,<br>Plaintiff - Appellant<br><br>v.<br><br>MANISHA PATEL, et al.,<br>Defendants - Appellees |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-01772-TWP-MPB<br>Southern District of Indiana, Indianapolis Division<br>District Judge Tanya Walton Pratt | |

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

    form name: **c7_FinalJudgment**(form ID: **132**)